O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-0840 AHM (PJWx) | Date | March 16, 2010 |
|---|---|---|---|
| Title | TRAVELERS COMMERCIAL INSURANCE COMPANY v. PATRICK NADJAT-HAIEM, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Having read the Response of Travelers Commercial Insurance Company to Court's Order to Cause [sic], the Court discharges its February 26, 2010 Order to Show Cause.

The Court stays claims three and four involving the scope of coverage for Parviz Nadjat-Haiem and Gudrun Nadjat-Haiem pending the California Supreme Court's decision in *Minkler v. Safeco Insurance Co.*, which was certified to that court by the Ninth Circuit. 561 F.3d 1033 (9th Cir. 2009).

As to claims one and two, which involve the scope of coverage for Patrick Nadjat-Haiem, the Court finds that it has jurisdiction to resolve these claims as set forth in the First Amended Complaint for Declaratory Relief and orders that the case proceed accordingly.

:

Initials of Preparer     SMO