JS - 6

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRAVELERS COMMERCIAL INSURANCE COMPANY

    Plaintiff,

v.

PATRICK NADJAT-HAIEM, PARVIZ NADJAT-HAIEM; GUDRUN NADJAT-HAEM; DAVID ZARNEGIN, ADAM ZARNEGIN AND ILANA ZARNEGIN

    Defendants.

Case No. CV10-00840-AHM (PJWx)

**ORDER REGARDING DISMISSAL WITH PREJUDICE**

    **GOOD CAUSE APPEARING** and the parties having so stipulated, this court orders this action dismissed with prejudice.

Dated: August 16, 2011

_____
A. Howard Matz, Judge of United States District Court

**JS-6**

ORDER REGARDING DISMISSAL WITH PREJUDICE

LA10CV00840AHM-O.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

**ORDER REGARDING DISMISSAL WITH PREJUDICE**
1

LA10CV00840AHM-O.wpd